# Morgan Lewis

**Michael F. Fleming**
Associate
+1.212.6207
michael.fleming@morganlewis.com

December 11, 2019

**APPLICATION GRANTED.**

Defendant's time to answer or otherwise respond to the Complaint is adjourned to January 13, 2020.

Dated: December 12, 2019
New York, New York

*Lorna G. Schofield*
UNITED STATES DISTRICT JUDGE

**Via ECF**

The Honorable Lorna G. Schofield
United States District Court
For the Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Guglielmo v. W. W. Grainger, Inc.*, 1:19-cv-10399-LGS
    **Request to Extend Defendant's Time to Respond to Complaint**

Dear Judge Schofield:

We represent defendant W. W. Grainger, Inc. ("Defendant") in the above-referenced action. Pursuant to Rules I(B)(1) and I(B)(2) of Your Honor's Individual Practices, we write with the consent of counsel for plaintiff Joseph Guglielmo ("Plaintiff"), respectfully to request that the Court extend Defendant's time to respond to the Complaint from December 12, 2019 to January 13, 2020. This is Defendant's first request for an extension of time to file a response to the Complaint.

In support of this request, counsel for Defendant states that it recently has been engaged in this matter and needs time to become familiar with the relevant facts and allegations. As noted above, Plaintiff's counsel consents to this request. If granted, this extension will not affect any other date scheduled in this action.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

/s/ Michael F. Fleming

Michael F. Fleming

*Attorney for Defendant*

cc: All Counsel of Record (via ECF)

**Morgan, Lewis & Bockius LLP**

101 Park Avenue
New York, NY  10178-0060
United States

☎ +1.212.309.6000
📠 +1.212.309.6001