USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/10/2020

# Morgan Lewis

**Michael F. Fleming**
Associate
+1.212.6207
michael.fleming@morganlewis.com

January 9, 2020

**Via ECF**

The Honorable Lorna G. Schofield
United States District Court
 For the Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Guglielmo v. W. W. Grainger, Inc.*, 1:19-cv-10399-LGS
  **Request to Extend Time to Respond and to Adjourn the Initial Conference**

APPLICATION GRANTED.

The time to answer or otherwise respond is adjourned to February 13, 2020.

The initial conference set for January 16, 2020, at 10:30 A.M. is adjourned to February 27, 2020, at 10:30 A.M. The parties are reminded that pre-conference materials are due on February 20.

Dated: January 10, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Dear Judge Schofield:

We represent defendant W. W. Grainger, Inc. ("Defendant") in the above-referenced action. Pursuant to Rules I(B)(1) and I(B)(2) of Your Honor's Individual Practices, we write with the consent of counsel for plaintiff Joseph Guglielmo ("Plaintiff"), respectfully to request that the Court (a) extend Defendant's time to respond to the Complaint from January 13, 2020 to February 13, 2020, and (b) adjourn the initial conference currently scheduled for January 16, 2020 at 10:30 a.m. to a date and time that is convenient to the Court that is at least two weeks after the extended response deadline. This is Defendant's second request for an extension of time to respond to the Complaint and first request to adjourn the initial conference. The Court granted Defendant's first request for an extension of time.

In support of these requests, counsel for Defendant states that the parties are engaged in discussions about a possible early resolution of this action. If granted, the extension and adjournment will permit the parties to focus on those efforts, rather than on pleadings and litigation. As noted above, Plaintiff's counsel consents to these requests. If granted, these requests will not affect any other date scheduled in this action.

We thank the Court in advance for its consideration of these requests.

Respectfully submitted,

*/s/ Michael F. Fleming*
Michael F. Fleming

*Attorney for Defendant*
cc: All Counsel of Record (via ECF)

Morgan, Lewis & Bockius LLP

101 Park Avenue
New York, NY 10178-0060
United States
+1.212.309.6000
+1.212.309.6001