USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/11/2020

# Morgan Lewis

**Michael F. Fleming**
Associate
+1.212.6207
michael.fleming@morganlewis.com

February 10, 2020

**Via ECF**

The Honorable Lorna G. Schofield
United States District Court
 For the Southern District of New York
500 Pearl Street
New York, NY 10007

*Application GRANTED in part and DENIED in part.*

*The time to answer or otherwise respond is adjourned to March 16, 2020.*

*The initial conference set for February 27, 2020, at 10:30 A.M. is adjourned to March 19, 2020, at 10:30 A.M. Pre-conference materials are due on March 12, 2020.*

*Dated: February 11, 2020*
*New York, New York*

*LORNA G. SCHOFIELD*
*UNITED STATES DISTRICT JUDGE*

Re:   *Guglielmo v. W. W. Grainger, Inc.*, 1:19-cv-10399-LGS
       **Request to Extend Time to Respond and to Adjourn the Initial Conference**

Dear Judge Schofield:

We represent defendant W. W. Grainger, Inc. ("Defendant") in the above-referenced action. Pursuant to Rules I(B)(1) and I(B)(2) of Your Honor's Individual Practices, we write with the consent of counsel for plaintiff Joseph Guglielmo ("Plaintiff"), respectfully to request that the Court (a) extend Defendant's time to respond to the Complaint from February 13, 2020 to March 16, 2020, and (b) adjourn the initial conference currently scheduled for February 27, 2020 at 10:30 a.m. to a date and time that is convenient to the Court that is at least two weeks after the extended response deadline. This is Defendant's third request for an extension of time to respond to the Complaint and second request to adjourn the initial conference. The Court granted Defendant's prior requests.

In support of these requests, counsel for Defendant states that the parties continue to engage in productive discussions about an early resolution of this action. If granted, the extension and adjournment will permit the parties to focus on those efforts, rather than on pleadings and litigation. As noted above, Plaintiff's counsel consents to these requests. If granted, these requests will not affect any other date scheduled in this action.

We thank the Court in advance for its consideration of these requests.

Respectfully submitted,

/s/ Michael F. Fleming
Michael F. Fleming

*Attorney for Defendant*
cc: All Counsel of Record (via ECF)

Morgan, Lewis & Bockius LLP

101 Park Avenue
New York, NY  10178-0060          +1.212.309.6000
United States                                     +1.212.309.6001