**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH GUGLIELMO, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>W.W. GRAINGER, INC.,<br><br>        Defendant. | 1:19-CV-10399<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

      IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Joseph Guglielmo ("Plaintiff") and W.W. Grainger, Inc. ("Defendant"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: April 29, 2020

STEIN SAKS, PLLC

By: _____
David Paul Force Esq.
285 Passaic Street
Hackensack, NJ 07601
Tel: 201-282-6500
Email: dforce@steinsakslegal.com

*Attorneys for Plaintiff*

MORGAN, LEWIS & BOCKIUS LLP

By: _____
Michael F. Fleming
101 Park Avenue
New York, New York 10178
Tel: (212) 309-6207
Email: michael.fleming@morganlewis.com

*Attorneys for Defendant*

SO ORDERED

Dated: June 23, 2020
New York, New York

_____
LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**